UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MILES BARTON NICHOLS,<br><br>                Defendant. | No. 4:16-CR-6033-EFS<br><br>**ORDER GRANTING USAO'S MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is the United States Attorney's Office's (USAO) Motion for Protective Order, ECF No. 72. The USAO seeks a protective order for *Henthorn* materials that the Court previously ordered to be disclosed, ECF No. 66, in order to protect confidential personnel file contents. The Court finds good cause to grant the USAO's motion for a protective order related to the dissemination of the relevant *Henthorn* material, as set forth below.

Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's motion for a protective order, **ECF No. 72**, is **GRANTED**, and a protective order is entered, as follows:

    A. Pursuant to the Court's previous order, ECF No. 66, the USAO shall provide the relevant *Henthorn* materials to defense counsel.

ORDER - 1

**B.** Defense counsel may possess but not copy the *Henthorn* materials.

**C.** Defense counsel may show the *Henthorn* materials to Defendant and discuss the materials with him.

**D.** Defense counsel shall not provide the *Henthorn* materials directly to Defendant or to any other person, including subsequently appointed or retained defense counsel. This prohibition does not apply to staff of defense counsel or any investigator or expert engaged by defense counsel. Such staff, investigator, or expert will also be bound by the terms and conditions of this protective order, and defense counsel shall inform them of its requirements.

**E.** Both parties are authorized to reference the existence and content of the *Henthorn* materials in open and closed court proceedings relevant to case number 4:16-CR-6033-EFS.

**F.** Unless the Court directs otherwise in the future, any future pleadings filed under the above-referenced cause number that reference the contents of the *Henthorn* materials should be filed under seal (no motion to seal is necessary).

**G.** Either party may move the Court for relief from the requirements of this Order if it becomes necessary during the course of the proceedings in this case.

ORDER - 2

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and to Magistrate Judge Dimke.

**DATED** this  7th  day of March 2017.

>                s/Edward F. Shea
>                EDWARD F. SHEA
>     Senior United States District Judge

Q:\EFS\Criminal\2016\6033.Nichols.prot.ord.henthorn.lc02.docx

ORDER - 3